EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
BRIAN G. SMILEY
Supervising Deputy Attorney General
DAVID ANDREW ELDRIDGE
Deputy Attorney General
State Bar No. 172100
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 324-6291
  Fax:  (916) 324-2960
  Email:  David.Eldridge@doj.ca.gov

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOUIS TOLEDO RETANAN,**<br><br>                          Petitioner,<br><br>v.<br><br>**JAMES YATES, et al.,**<br><br>                          Respondents. | 2:08-cv-01429-GGH<br><br>**ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME TO FILE RESPONSE IN PRO PER CASE** |

      Respondents have requested enlargement of time to respond to the Petition for Writ of Habeas Corpus.  Good cause appearing,

      IT IS ORDERED THAT the time for Respondents to file a response to the Petition for Writ of Habeas Corpus is enlarged to and to and including September 22, 2008.

Dated: 08/26/08

                                         /s/ Gregory G. Hollows
                                         United States Magistrate Judge

reta1429.eot

[Proposed] Order

1