IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS TOLEDO RETANAN,

    Petitioner,        No. CIV S-08-1429 GGH P

    vs.

JAMES YATES, et al.,

    Respondents.      ORDER

_____/

On September 3, 2008, respondent filed an answer to the petition. On December 1, 2008, petitioner filed a motion for default stating that he did not receive respondent's answer.

Accordingly, IT IS HEREBY ORDERED that:

1. Within five days of the date of this order, respondent shall re-serve petitioner with the answer and file proof of re-service; petitioner's reply to the answer is due thirty days from the date of this order;

2. Petitioner's motion for default (no. 15) is denied.

DATED: December 6, 2008

                          /s/ Gregory G. Hollows

                          _____
                          GREGORY G. HOLLOWS
                          UNITED STATES MAGISTRATE JUDGE

ret1429.ord

1