IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS TOLEDO RETANAN,

    Petitioner,  No. CIV S-08-1429 GGH P

  vs.

JAMES YATES, et al.,

    Respondents.  <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has not filed a notice of appeal of this court's January 14, 2009, denial of his application for a writ of habeas corpus. However, he did timely file a request for a certificate of appealability which will suffice as a notice of appeal. <u>See</u> <u>Estrada v. Scribner</u>, 512 F.3d 1227, 1236 (9th Cir. 2008). Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

1

court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a minimally sufficient showing of the denial of a constitutional right in the following issue presented in the instant petition: 1) his life sentences pursuant to former Cal. Penal Code § 667.61(g) violate Blakely v. Washington, 542 U.S. 296, 124 S.Ct. 2531 (2004).

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action. It is also ORDERED that the request for a COA stands in lieu of a notice of appeal. The appeal shall be processed to the Ninth Circuit.

DATED: March 2, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

ret1429.coa

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.